IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KATHY D. RIPPEE                                                                       PLAINTIFF

V.                      CIVIL ACTION NO. 2:16-cv-2280-MEF

NANCY A. BERRYHILL, Acting
Commissioner Social Security Administration[1]                            DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying her claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

Consistent with the Court's ruling from the bench, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ is directed to request any additional records from Dr. Arthur Johnson that document Plaintiff's discectomy and fusion surgery, as it appears Plaintiff may have undergone surgery prior to the ALJ's decision. The ALJ should also obtain a medical source

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

statement from Dr. Johnson, specifically inquiring as to any handling, gripping, fingering, manipulating, and reaching limitations resulting from Plaintiff's combination of impairments.

IT IS SO ORDERED AND ADJUDGED on this 13th day of November 2017.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE